ELIZABETH FRENCH, Appellant, *v.* BENJAMIN F. FRENCH, Respondent.

*French v. French*, 171 App. Div. 891, affirmed.
(Submitted June 3, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to procure an annulment of marriage upon the ground that the defendant had another wife living and that an alleged decree of divorce procured by her was null and void for lack of jurisdiction.

*Morris Cohn, Jr.,* and *Basil Robillard* for appellant.
*Andrew Macrery* and *Louis S. Posner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.